

HERBERT SMITH
FREEHILLS
KRAMER

**MEMO ENDORSED**

VIA ECF
Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Herbert Smith Freehills Kramer New York LLP
1177 Avenue of the Americas
New York, NY 10036
USA
T  +1 212 715 9100
F  +1 212 715 8000
D  +1 917 542 7858
E  Barbara.Roth@hsfkramer.com
www.HSFKramer.com

Date
February 27, 2026

**Re:    Cohen v. Institutional Investor, Case No. 24-5964**
**Letter Motion for Extension of Time to File Summary Judgment Motion**

Dear Judge Clarke:

I represent Institutional Investor in the above-referenced matter.  Pursuant to Rule 2(e) of Your Honor's Individual Rules & Practices in Civil Cases, I write to respectfully submit this letter motion for an extension of the deadline for Defendant to submit their summary judgment motion from March 13, 2026 to April 14, 2026.  This is the Defendant's first request for an extension of the summary judgment briefing schedule, and Plaintiff consents to this request.  The need for additional arose time due to the delay in receipt of the deposition transcripts and the absence of key contacts during the review period.  The final errata sheets have been completed as of February 25, 2026.

Should Defendant's request be granted, Plaintiff also respectfully requests that his period to file his opposition to the summary judgment motion be extended to May 14, 2026, and Defendant respectfully requests that its reply in further support of the motion for summary judgment be extended to June 8, 2026.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Barbara M. Roth*
Barbara M. Roth

Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 28. SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 2, 2026
White Plains, New York

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.