

HERBERT SMITH
FREEHILLS
KRAMER

**MEMO ENDORSED**

VIA ECF
Hon. Jessica G. L. Clarke
Federal Building and United States Courthouse
300 Quarropas St.
New York, NY 10501-4150

Herbert Smith Freehills Kramer New York LLP
1177 Avenue of the Americas
New York, NY 10036
USA
T  +1 212 715 9100
F  +1 212 715 8000
D  +1 917 542 7858
E  Barbara.Roth@hsfkramer.com
www.HSFKramer.com

Date
April 1, 2026

**Re:    Cohen v. Institutional Investor, Case No. 24-5964**
**Letter Motion for Extension of Time to File Summary Judgment Motion**

Dear Judge Clarke:

We represent the Defendant, Institutional Investor in the above-referenced matter.  Pursuant to Rule 2(e) of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully submit this letter motion for an extension of the deadline for Defendant to submit their summary judgment motion from April 14, 2026 to May 14, 2026.  This is the Defendant's second request for an extension of the summary judgment briefing schedule, and Plaintiff consents to this request.   Defendant's prior request was granted on March 2, 2026. Defendant expects to provide their draft 56.1 statement to Plaintiff by next week.  Extending the deadline will allow the parties to have sufficient time to prepare and submit the 56.1 statement in accordance with the Court's requirements.  Defendant does not anticipate any further extension requests.

Should Defendant's request be granted, Plaintiff also respectfully requests that his period to file his opposition to the summary judgment motion be extended to June 15, 2026 and Defendant respectfully requests that its reply in further support of the motion for summary judgment be extended to July 8, 2026.

We thank the Court for its consideration.

*Application GRANTED. The Court extends the summary judgment briefing schedule as set forth above.*

Respectfully submitted,

*SO ORDERED.*

*Jessica Clarke*

/s/Barbara M. Roth
Barbara M. Roth

JESSICA G. L. CLARKE, United States District Judge
*Dated: April 2, 2026*
*White Plains, New York*

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, we practice through both Herbert Smith Freehills Kramer New York LLP, a limited liability partnership registered in England and Wales with registered number OC375072 and Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. In Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP. We use the word partner of Herbert Smith Freehills Kramer New York LLP or of Herbert Smith Freehills Kramer (US) LLP to refer to a member of those entities, or an employee or consultant with equivalent standing and qualifications.