

Brian Pete
140 Broadway, Suite 3100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

June 9, 2026

> **MEMO ENDORSED**
>
> Application GRANTED. The Court extends the deadlines as set forth below. SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
> Dated: June 10, 2026
> White Plains, New York

**VIA ECF**

Hon. Jessica G.L. Clarke
United States District Judge
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

   Re: *Cohen v. Institutional Investor*
     Case No. 1:24-cv-05964

Dear Judge Clarke:

We are incoming counsel for Defendant Institutional Investor in the above-referenced matter. With the consent of Plaintiff, we write to request an extension of the summary judgment briefing schedule in this matter, as we have just recently been retained.

Pursuant to Rule 2(e) of Your Honor's Individual Rules, the parties jointly submit this letter motion requesting an extension of the briefing schedule as set forth below.

(1) Defendant's deadline to file its motion for summary judgment be extended from June 15, 2026 to June 30, 2026;

(2) Plaintiff's deadline to file his opposition, if any, be extended from July 15, 2026 to July 30, 2026; and

(3) Defendant's deadline to file its reply in further support of the motion be extended to August 23, 2026.

This is the fourth request for an extension of the summary judgment briefing schedule. The prior requests were granted on March 2, 2026, April 2, 2026, and May 11, 2026, respectively. The

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
177890806.1

Hon. Jessica G.L. Clarke
June 9, 2026
Page 2


reason for this request is due to Defendant changing counsel, and this extension will allow our firm to get up to date on this matter and finalize the motion papers.

　　　　Thank you for Your Honor's consideration.

　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　/s/ Brian Pete

　　　　　　　　　　　　　　　Brian Pete of
　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD &
　　　　　　　　　　　　　　　SMITH LLP

177890806.1