MEMO ENDORSED

Ricotta & Marks, P.C.
*Attorneys at Law*
2174 Jackson Avenue
Seaford, New York 11783
Telephone (347) 464-8694
www.QueensEmploymentAttorney.com

August 4, 2024

***Via ECF***
Hon. Jessica G. L. Clarke
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10501-4150

Application GRANTED. The Court extends the deadlines as set forth below. SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: August 5, 2026
White Plains, New York

Re: *Cohen v. Institutional Investor*
Docket No.: 24-CV-5964

Dear Judge Clarke:

This Firm represents the Plaintiff, Scott Cohen ("Cohen"), in the above-referenced matter. We write, after conferring with opposing counsel, and with their consent, in order request a modification of the briefing schedule on Defendants' motion for summary judgment, which would grant a 30-day extension of the schedule with respect to Plaintiff's opposition and Defendant's reply. Presently, Plaintiff's opposition papers are due August 10, 2026. Despite best efforts, and due to other pressing matters, including preparing for 2 trials in July, as well as two other motions that required attention, we necessitate additional time to finalize our papers and review same with our client. As such, it is respectfully requested that the Court So Order the following extension/modification of the briefing schedule on Defendants' motion for summary judgment:

- Plaintiff's opposition papers to be served on or before September 9, 2026;
- Defendants' reply papers, to be served on or before October 5, 2026.

Thank you for Your Honor's time and consideration of this request. This is Plaintiff's first request for the relief sought.

Respectfully submitted,

RICOTTA & MARKS, P.C.

_______________/s_____________
Matthew Marks

cc: All Counsel of Record (*via ECF*)